UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/20

-against-

JUSTO GARCIA-HERNANDEZ,

　　　　　　　　　　Defendant.
-------------------------------------------------------------------x

ORDER
12 CR 695 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote hearing on the defendant's violation of supervised release on Thursday, November 19, 2020, at 10:00 a.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-2166, and enter Conference ID number 687432604.

SO ORDERED.

Dated: New York, New York
　　　　November 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　Kimba M. Wood
　　　　　　　　　　　　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE