UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/20

    -against                                                      **ORDER**
                                                             12 CR 695 (KMW)

JUSTO GARCIA-HERNANDEZ,

                    Defendants.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court will hold a remote hearing on the defendant's violation of supervised release on Tuesday, December 1, 2020, at 2:00 p.m.

       Members of the press and public who wish to hear the proceedings should dial 917-933-2166, and enter Conference ID number 96762787.

       SO ORDERED.

Dated: New York, New York
       November 24, 2020

                                                        /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE