UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JUSTO GARCIA-HERNANDEZ,

                      Defendant.
-------------------------------------------------------------------x

ORDER
12 CR 695 (KMW)

USDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED: 1/28/21

KIMBA M. WOOD, District Judge:

    The Court will hold a remote hearing on the defendant's violation of supervised release on Thursday, February 4, 2021, at 11:00 a.m.

    Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID number 687432604.

    SO ORDERED.

Dated: New York, New York
          January 27, 2021

                                                         KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE