

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/21

April 3, 2021

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Justo Garcia-Hernandez*,
      S1 12 Cr. 695 (KMW)

Dear Judge Wood:

The Government respectfully writes in the above-captioned matter, on behalf of both parties, and with the support of the Probation Office, to request that the conference scheduled for April 13, 2021, at 11:00 a.m., be adjourned for approximately 30-45 days, to a date and time convenient for the Court (other than May 18, the morning of May 20, the morning of May 21, or the morning of May 26). The bases for this request are to permit the Probation Office additional time to assess the defendant's compliance with his obligations, including to review documents provided by the defendant, and the parties additional time to discuss a potential resolution.

*The conference is adjourned to May 26, 2021, at 2:00p.m.*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   s/ Daniel C. Richenthal
      Daniel C. Richenthal
      Assistant United States Attorney
      (212) 637-2109

cc:   (by ECF)

      Richard J. Ma, Esq.

      (by email)

      Shawnte Lorick
      U.S. Probation Officer

SO ORDERED: N.Y., N.Y. 4/5/21

*[signature]*
KIMBA M. WOOD
U.S.D.J.