UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/21

-against

**ORDER**
12 CR 695 (KMW)

JUSTO GARCIA-HERNANDEZ,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference for the above-captioned defendant, currently scheduled for May 26, 2021, is adjourned to Thursday, June 3, 2021, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
May 4, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE