```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-                                ORDER
                                                     12 CR 695 (KMW)
JUSTO GARCIA-HERNANDEZ,

                       Defendant.
------------------------------------------------------------------x
```

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on June 3, 2021, at 10:30 a.m. Members of the press and public who wish to join the proceedings should dial 917-933-2166 and enter Conference ID 256050048. All members of the press and public who join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       May 25, 2021

                                        _____
                                              KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE